UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-24268-CIV-MARTINEZ-BECERRA

RETONYA SCREEN,

    Plaintiff,

v.

KILOLO KIJAKAZI,
Acting Commissioner of
Social Security Administration,

    Defendant.
_____/

## ORDER ON REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation on for a ruling on all pre-trial, non-dispositive matters, and for a report and recommendation on all dispositive matters. (ECF No. 2.) Both parties filed motions for summary judgment. (ECF Nos. 8, 14.) Judge Becerra filed a Report and Recommendation ("R&R"), recommending that Defendant's Motion for Summary Judgment, (ECF No. 14), be granted and Plaintiff's Motion for Summary Judgment, (ECF No. 8), be denied. (ECF No. 15.) Plaintiff filed objections to the R&R ("Objections"), (ECF No. 16), and Defendant responded to the Objections, (ECF No. 17). The Court, having conducted a *de novo* review of the record and the issues presented in the Objections, agrees with Magistrate Judge Becerra. The Court overrules the Objections, (ECF No. 16).

Accordingly, after careful consideration, it is hereby **ADJUDGED** that

1.    United States Magistrate Judge Becerra's Report and Recommendation, (ECF No. 15), is **AFFIRMED AND ADOPTED.**

2. Defendant's Motion for Summary Judgment, (ECF No. 14), is **GRANTED**.

3. Plaintiff's Motion for Summary Judgment, (ECF No. 8), is **DENIED**.

4. The Commissioner's decision is **AFFIRMED.**

5. The Clerk is **DIRECTED** to mark this case as **CLOSED** and **DENY** all pending motion as **MOOT**.

6. A final judgment shall be entered by separate order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28 day of March, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record